RALPH J. MATTO, EXECUTOR (ESTATE OF BETTY J. MATTO) *v.* DAN BEARD, INC.

The defendants' petition for certification for appeal from the Appellate Court, 15 Conn. App. 458, is denied.

*Edward Maum Sheehy,* in support of the petition.

Decided October 4, 1988

---

SSM ASSOCIATES LIMITED PARTNERSHIP ET AL. *v.* PLAN AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 15 Conn. App. 561, is granted, limited to the following issues:

"1. Did the Appellate Court err in concluding that automatic approval of a site plan by lapse of sixty-five days after its submission pursuant to General Statutes § 8-7d (b) also resulted in automatic approval of the special permit zoning application, which had included the site plan as a supporting document pursuant to the zoning regulations?

"2. When a site plan is submitted with an application for a special zoning permit, does the sixty-five day time limit of General Statutes § 8-7d (b) for a decision thereon supersede the time limits set forth in General Statutes § 8-7d (a) for a decision on the application?"

*Roy H. Ervin,* in support of the petition.

*James R. Fogarty,* in opposition.

Decided October 4, 1988